COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| PAMBULA MERRIFIELD, | | No. 08-07-00286-CV |
|  | § | |
| Appellant, | | Appeal from |
|  | § | |
| v. | | County Court at Law No. 4 |
|  | § | |
| GARDEN TERRACE DUPLEXES, | | of Dallas County, Texas |
|  | § | |
| Appellee. | | (TC # 07-11586-D) |
|  | § | |

## MEMORANDUM OPINION

This appeal is before the Court on its own motion for determination whether the appeal should be dismissed for want of prosecution. Finding that Appellant has not filed a brief or a motion for extension of time, we dismiss the appeal.

Appellant failed to file her brief on the due date, June 13, 2008. On June 23, 2008, the Clerk of the Court sent the parties a notice that Appellant had not filed her brief or motion for extension of time. Further, the notice advised the parties of the Court's intent to dismiss for want of prosecution unless one of the parties responded showing grounds to continue the appeal. The Court received a one-page document labeled "Appellant's Brief" but it was not filed because it was not in compliance with TEX.R.APP.P. 38.1. We ordered Appellant to file a corrected brief no later than October 13, 2008 and advised her that failure to file a corrected brief would result in dismissal of the appeal. No brief has been filed. This Court possesses the authority to dismiss an appeal for want of prosecution when the appellant has failed to file her brief in the time prescribed, and gives no reasonable explanation for such failure. TEX.R.APP.P. 38.8(a)(1); *Elizondo v. City of San Antonio*, 975 S.W.2d 61, 63 (Tex.App.--San Antonio 1998, no writ). Because Appellant failed to file her

brief and has not responded to our inquiry, we dismiss the appeal for want of prosecution pursuant

to TEX.R.APP.P. 38.8(a)(1), 42.3(b), and 42.3(c).


January 29, 2009

          ANN CRAWFORD McCLURE, Justice


Before Chew, C.J., McClure, and Carr, JJ.
Carr, J., not participating